## CLARK *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 71, September Term, 1963.]

*Decided December 13, 1963.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

The application of Joseph Clark for leave to appeal from the order denying him post conviction relief from his imprisonment for murder in the first degree is hereby denied for the reasons stated by Judge Prendergast in his opinion filed in the lower court.

*Application denied.*